UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNELL ROBERT BONNER,

    Plaintiff,

v.

                                            Case No. 25-cv-76-pp

BROADSTEP-WI, INC., *et al.*,

    Defendants.

**ORDER DISMISSING CASE FOR LACK OF DILIGENT PROSECUTION**

On January 15, 2025, the plaintiff—who is representing himself—filed a complaint alleging that the defendants had violated his civil and constitutional rights. Dkt. No. 1. In the complaint, the plaintiff stated that he lived at an address on West Brown Street in Milwaukee, in the 53212 zip code. Id. at 6. On February 28, 2025, the court received from the plaintiff an amended complaint. Dkt. No. 6. In the amended complaint, the plaintiff wrote that he lived at an address on North 46th Street in Milwaukee, in the 53208 zip code. Id. at 9. But he did not file a change-of-address notice with the court or otherwise advise the court that he had moved since filing his original complaint in January.

On June 18, 2025, the court screened the amended complaint and determined that it did not state a claim for relief. Dkt. No. 7. The court issued an order stating that if the plaintiff wanted to proceed with the case, he must file a second amended complaint in time for the court to *receive* it by the end of the day on July 25, 2025. Id. at 13. The court mailed that order to the address

1

on Brown Street, because he had not filed a change-of-address form. July 25, 2025 passed without the court receiving an amended complaint. The June 18, 2025 screening order was not returned as undeliverable.

But when the court did not hear from him by the July 25, 2025 deadline, the court reviewed the documents he'd filed in this case and two other cases he has pending in this district, and realized that the plaintiff had listed three different mailing addresses on the various documents he'd filed in the three cases. See Dkt. No. 8 at 2 (describing the various mailing addresses provided on different filings). On August 11, 2025, out of an abundance of caution, the court re-sent its June 18, 2025 screening order in this case to all three mailing addresses and gave the plaintiff a deadline of the end of the day on September 12, 2025 by which to file his second amended complaint. Id. at 3. On August 28, 2025 and September 10, 2025, the orders sent to all three of the plaintiff's addresses were returned as undeliverable. Dkt. Nos. 9, 10. The court has no other addresses for the plaintiff. In this case, the court has heard nothing from the plaintiff since it received his amended complaint on February 28, 2025. Dkt. No. 6.

This court's Local Rules require that a self-represented party provide the court with an address and telephone number at which the court can contact him. General Local Rule 5(a)(4) (E.D. Wis.). It is the plaintiff's responsibility to keep the court updated as to his current mailing address. The plaintiff's failure to keep the court updated as to his whereabouts demonstrates that he is not

2

diligently prosecuting this case. The court will dismiss the case, as it said it would do in its June 18, 2025 and August 11, 2025 orders.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of diligent prosecution under Civil L.R. 41(c). The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 22nd day of September, 2025.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**